# Court of Appeals
# of the State of Georgia

ATLANTA, May 14, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1305. COURTNEY ELIZABETH STEPHENSON v. MARK ALEXANDER STEPHENSON.

The parties were divorced in May 2018. A settlement agreement incorporated into the divorce decree provided that the husband was to pay the wife alimony. In September 2019, the wife filed a motion to correct clerical mistake under OCGA § 9-11-60 (g), claiming that the alimony provision of the settlement agreement contained a scrivener's error. The trial court denied the motion, and the wife filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). In this regard, when "the underlying subject matter, i.e., the issues sought to be appealed, clearly arises from or is ancillary to divorce proceedings, or is derived from a marital relationship and divorce, the appeal is within the ambit of [OCGA § 5-6-35 (a) (2)]." *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984); see *Rebich v. Miles*, 264 Ga. 467, 469 (448 SE2d 192) (1994) ("[T]he underlying subject matter generally controls over the relief sought in determining the proper procedure to follow to appeal."). Thus, here the wife was required to file an application for discretionary review under OCGA § 5-6-35 (a) (2), and her failure to do so deprives

us of jurisdiction over this appeal. See *Russo*, 252 Ga. at 156.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   05/14/2021           *
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*